IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Harold Myers and Vera                  :
Myers, h/w                             :
                                       :
            v.                         :
                                       :
RB & AK Properties, Inc.               :
                                       :
Appeal of:  Jacob Singer and           :
Albert Martin                          :          No. 2232 C.D. 2014

## **O R D E R**

NOW, November 23, 2015, upon consideration of appellants'
application for reargument and appellee's response thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge